# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134015

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRANFORD TOWNE HOUSES COOPERATIVE,
    Petitioner-Appellant,

v

CITY OF TAYLOR and COUNTY OF WAYNE,
    Respondents-Appellees.

SC: 134015
COA: 265398
MTT: 00-090502

_____/

On order of the Court, the application for leave to appeal the April 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

t0830